JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEBUD MEDIA LLC, a Delaware limited liability company,<br><br>Defendant. | No. CV 22-3988 PA (PDx)<br><br>JUDGMENT |

In accordance with the Court's September 7, 2022 Order granting, in part, the Motion for Default Judgment filed by plaintiffs GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs shall have judgment entered in their favor against Rosebud Media LLC ("Defendant") in the amount of $10,651.48 (consisting of delinquent contributions owed to Plaintiffs of $3,320.00, prejudgment interest of $848.06, liquidated damages of $664.00, audit fees of $5,052.70, attorneys' fees of $1,188.47, and costs of $648.25); and

. . . .

. . . .

. . . .

    2.    Plaintiffs shall recover from Defendant postjudgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: September 7, 2022

                                                  Percy Anderson
                                     UNITED STATES DISTRICT JUDGE